**Order entered March 7, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01165-CV

**DIEGO VELASQUEZ, Appellant**

**V.**

**REGINA RAYON, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54051-2021**

## ORDER

Before the Court is appellant's March 3, 2022 unopposed motion requesting a sixty-day extension of time to file his brief on the merits. We **GRANT** the motion **ONLY TO THE EXTENT** that we extend the time to **April 4, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE